IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**PATRICIA G. SAMMONS**                                                                                   **PLAINTIFF**

**VS.**                                    **4:14-CV-00275-BRW-BMD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                                    **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Beth Deere. No objections have been filed and the time for doing so has passed. After careful consideration, the Court concludes that the Recommended Disposition is approved and adopted in its entirety as this Court's findings in all respects.

Accordingly, Plaintiff's complaint against Defendant is DISMISSED with prejudice.

IT IS SO ORDERED this 12th day of November, 2014.

                                      /s/ Billy Roy Wilson
                                UNITED STATES DISTRICT JUDGE